CR 06 746

MJL:LTG
F.#2006R01134

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ NOV 13 2006 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

ANTHONY TULINO,

          Defendant.

- - - - - - - - - - - - - - - - -X

M I S D E M E A N O R
I N F O R M A T I O N

Cr. No. _____
(T. 16, U.S.C., § 433;
T. 18, U.S.C., §§ 3551 et seq.)

TOMLINSON, M

THE UNITED STATES ATTORNEY CHARGES:

      In and about April 1990, within the Eastern District of New York, the defendant ANTHONY TULINO knowingly and intentionally, without the permission of the Secretary of the United States Department of the Interior, appropriated an object of antiquity, to wit: an 1895 Colt revolver (the "revolver") bearing serial number 334 and inscriptions stating that the revolver was recovered "from the sunken Battleship Maine," and that on "July 1, 1898, San Juan, [the revolver was] carried and used by Colonel Theodore Roosevelt," which revolver had been situated on lands owned and controlled by the Government of the United States, to wit: Sagamore Hill National Historical Site, Oyster Bay, New York.

      (Title 16, United States Code, Section 433; Title 18, United States Code, Sections 3551 et seq.)

                                      _____
                                      ROSLYNN R. MAUSKOPF
                                      UNITED STATES ATTORNEY
                                      EASTERN DISTRICT OF NEW YORK

UNITED STATES DISTRICT COURT
Eastern District of New York

Criminal  Action  No. _____

UNITED STATES OF AMERICA

- against -

GREGORY PAPAGEORGE,

Defendant.

# M I S D E M E A N O R
# I N F O R M A T I O N

ROSLYNN R. MAUSKOPF
United States Attorney
Eastern District of New York
United States Courthouse
610 Federal Plaza
Central Islip, New York 11722

Due Service of a copy of the within _____ is hereby admitted.

Dated: _____, 20 __

_____
Attorney for _____

LARA TREINIS GATZ, AUSA
Assistant U.S. Attorney   (631) 715-7913

---

SIR:

PLEASE TAKE NOTICE that the within will be presented for settlement and signature to the Clerk of the United States District Court in his office at the U.S. Courthouse, 610 Federal Plaza, Central Islip, New York, on the ___ day of _____, 20__, at 10:30 o'clock in the forenoon.

Dated: Central Islip, New York
_____, 20 __

United States Attorney,
Attorney for _____

To: _____

_____
Attorney for _____

SIR:

PLEASE TAKE NOTICE that the within is a true copy of _____ duly entered herein on the ___ day of _____, in the office of the Clerk of the Eastern District of New York.

Dated: Central Islip, New York
_____, 20 __

United States Attorney,
Attorney for _____

To: _____

_____
Attorney for _____