## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**v.**　　　　　　　　　　　　**CASE NUMBER 06CR746**

**ANTHONY TULINO,**

      **Defendant.**
_____/

## NOTICE OF FILING MICHAEL W. FREENY, LCSW, EVALUATION

      The Defendant, **ANTHONY TULINO**, by and through his undersigned attorney, files the attached Evaluation by Michael W. Freeny, LCSW.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on the 27th day of February, 2007, I electronically filed the foregoing document with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the following:

Lara Gatz, Assistant United States Attorney

                            **s/ THOMAS D. SOMMERVILLE**.
                            _____
                            THOMAS D. SOMMERVILLE, of
                            LAW OFFICES OF
                            MULLER & SOMMERVILLE, P.A.
                            1150 Louisiana Ave., Suite 2
                            Post Office Box 2128
                            Winter Park, Florida 32790-2128
                            Telephone Number (407)647-8200
                            Facsimile Number  (407)645-3000
                            Florida Bar Number 0141682